UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
APR 21 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| VS | |
| FRANCISCO SAVINON | RECOG# NEW 0618<br>05-MG-8107-01 |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, TWENTY-FOUR THOUSAND DOLLARS, ($24,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this /8th day of APRIL, 2008.

Ordered that the sum of TWENTY-FOUR THOUSAND DOLLARS, ($24,000.00), be paid to FRANKLIN PEREZ, 561 W. 163RD. ST., NEW YORK, N.Y.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT