RECEIVED

UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

APR 2 1 2008

AT 6:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA

ORDER FOR RETURN OF
DEPOSIT OF BAIL

VS

FRANCISCO SAVINON

RECOG# NEW 0618
05-MG-8107-01

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, TWENTY-FOUR THOUSAND DOLLARS, ($24,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this /8th day of APRIL, 2008.

Ordered that the sum of TWENTY-FOUR THOUSAND DOLLARS, ($24,000.00), be paid to FRANKLIN PEREZ, 561 W. 163RD. ST., NEW YORK, N.Y.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT